# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 20-02626 JJG  
**Case Name:** QUARTER-SAWN FLOORING, INC.  
**For Period Ending:** 03/31/2021

**Trustee Name:** (340540) Thomas A. Krudy  
**Date Filed (f) or Converted (c):** 05/03/2020 (f)  
**§ 341(a) Meeting Date:**  
**Claims Bar Date:** 12/07/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Security deposit (not recoverable) | 2,450.00 | 0.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $28,142.83. Doubtful/Uncollectible accounts = $28,142.83. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: (per balance sheet), Net Book Value: $0.00 | 603,311.20 | 0.00 | | 0.00 | FA |
| 4 | See attached Appendix A $1. Valuation Method: Appraisal | 175,415.00 | 0.00 | | 0.00 | FA |
| 5 | 1997 Chevrolet C-Series C7H042 Truck. Valuation Method: Appraisal | 4,000.00 | 975.00 | | 975.00 | FA |
| 6 | 1997 Wood Mizer Super LT40 Portable Sawmill. Valuation Method: Appraisal | 15,000.00 | 7,750.00 | | 7,750.00 | FA |
| 7 | 1978 Ford 8000 Log Truck. Valuation Method: Appraisal | 1,500.00 | 975.00 | | 975.00 | FA |
| 8 | Charlie Peterson Flooring trademark. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Patent (believed abandoned). | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Payroll Advances | 1,351.74 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$803,027.94** | **$9,700.00** | | **$9,700.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4.16.2021 TFR submitted to USTO  
    Assets sold at auction

**Initial Projected Date Of Final Report (TFR):** 12/31/2020  
**Current Projected Date Of Final Report (TFR):** 04/16/2021 (Actual)

04/28/2021  
Date

/s/Thomas A. Krudy  
Thomas A. Krudy

Case 20-02626-JJG-7A   Doc 72   Filed 04/28/21   EOD 04/28/21 17:30:46   Pg 2 of 3

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-02626 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | QUARTER-SAWN FLOORING, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6064 | Account #: | ******7817 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/02/20 | | CHRISTYS OF INDIANA | AUCTION PROCEEDS | | 9,700.00 | | 9,700.00 |
| | {6} | | Auction proceeds $7,750.00 | 1129-000 | | | |
| | {5} | | Auction proceeds $975.00 | 1129-000 | | | |
| | {7} | | Auction proceeds $975.00 | 1129-000 | | | |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.43 | 9,686.57 |
| 10/01/20 | 101 | Christy's of Indiana, Inc. | Auctioneer fees per 9.21.2020 Court Order (Doc 63) | 3610-000 | | 970.00 | 8,716.57 |
| 10/01/20 | 102 | Christy's of Indiana, Inc. | Auctioneer expenses per 9.21.2020 Court Order (Doc 63) | 3620-000 | | 1,250.00 | 7,466.57 |
| 10/01/20 | 103 | Rubin & Levin, PC | Attorney for Trustee fees per 9.24.2020 Court Order | 3210-000 | | 3,600.00 | 3,866.57 |
| 10/01/20 | 104 | Rubin & Levin, PC | Attorney for Trustee expenses per 9.24.2020 Court Order | 3220-000 | | 201.93 | 3,664.64 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.10 | 3,656.54 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.64 | 3,650.90 |
| 12/17/20 | 105 | CLERK OF US BANKRUPTCY COURT | Payment for Doc 36 per 7.9.2020 Court Order Voided on 01/11/2021 | 2700-004 | | 181.00 | 3,469.90 |
| 12/18/20 | | CLERK OF US BANKRUPTCY COURT | INSB CM ECF PAYMENT 201217 CCD 0000 | 2700-000 | | 181.00 | 3,288.90 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.29 | 3,282.61 |
| 01/11/21 | 105 | CLERK OF US BANKRUPTCY COURT | Payment for Doc 36 per 7.9.2020 Court Order Voided: check issued on 12/17/2020 | 2700-004 | | -181.00 | 3,463.61 |
| 01/11/21 | 106 | Marietta CPAs | Accountant fee per 1.8.2021 Court Order (Doc 70) | 3410-000 | | 1,200.00 | 2,263.61 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,258.61 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,253.61 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,248.61 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 9,700.00 | 6 | Checks | 7,221.93 |
| 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 229.46 |
| | Subtotal | 9,700.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 7,451.39 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 9,700.00 | | | |

Page Subtotals: $9,700.00   $7,451.39

{ } Asset Reference(s) ! - transaction has not been cleared

Case 20-02626-JJG-7A    Doc 72    Filed 04/28/21    EOD 04/28/21 17:30:46    Pg 3 of 3

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-02626 JJG | | **Trustee Name:** | Thomas A. Krudy (340540) |
| **Case Name:** | QUARTER-SAWN FLOORING, INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6064 | | **Account #:** | ******7817 Checking |
| **For Period Ending:** | 03/31/2021 | | **Blanket Bond (per case limit):** | $0.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $9,700.00 |
| Plus Gross Adjustments: | -$1,950.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,750.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7817 Checking | $9,700.00 | $7,451.39 | $2,248.61 |
| | **$9,700.00** | **$7,451.39** | **$2,248.61** |

04/28/2021
Date

/s/Thomas A. Krudy
Thomas A. Krudy